```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16923
   TYREE F BELL JR
   KELLY BELL JR                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-8887   SSN XXX-XX-2586

-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/17/07 .

     2.  The case was converted to Chapter 7 without confirmation, 01/10/2008.
-------------------------------------------------------------------------
                                                       INTEREST      PRINCIPAL
CREDITOR NAME            CLASS             CLAIM AMOUNT   PAID          PAID
-------------------------------------------------------------------------
PEOTONE BANK & TRUST CO  CURRENT MORTG          .00          .00           .00
PEOTONE BANK & TRUST CO  MORTGAGE ARRE   NOT FILED          .00           .00
PEOTONE BANK & TRUST CO  SECURED                .00          .00           .00
GREAT LAKES BANK         CURRENT MORTG          .00          .00           .00
GREAT LAKES BANK         MORTGAGE ARRE   NOT FILED          .00           .00
FIRST MIDWEST BANK       SECURED                .00          .00           .00
FIRST MIDWEST BANK       MORTGAGE ARRE   NOT FILED          .00           .00
COOK COUNTY TREASURER    SECURED         NOT FILED          .00           .00
AMERICREDIT FINANCIAL    SECURED VEHIC          .00          .00           .00
GMAC PAYMENT CENTER      SECURED VEHIC          .00          .00           .00
ALLIED INTERSTATE        UNSECURED       NOT FILED          .00           .00
ALLTRADES IMPROVEMENTS   UNSECURED       NOT FILED          .00           .00
AMERICAN EXPRESS         UNSECURED       NOT FILED          .00           .00
AMERICAN MEDICAL COLLECT UNSECURED       NOT FILED          .00           .00
ANIL GANDHI M.D.         UNSECURED       NOT FILED          .00           .00
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED          .00           .00
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED          .00           .00
ASSOCIATED LAB PHYSICIAN UNSECURED       NOT FILED          .00           .00
FIA CARD SERVICES        UNSECURED       NOT FILED          .00           .00
BANK ONE                 UNSECURED       NOT FILED          .00           .00
-------------------------------------------------------------------------
                                                       INTEREST      PRINCIPAL
CREDITOR NAME            CLASS             CLAIM AMOUNT   PAID          PAID

BARONS CREDITORS SERVICE UNSECURED       NOT FILED          .00           .00
BROWNSTONE STUDIO        UNSECURED       NOT FILED          .00           .00
CAPITAL ONE BANK         UNSECURED       NOT FILED          .00           .00
CARSON PIRIE SCOTT       UNSECURED       NOT FILED          .00           .00
CB USA INC               UNSECURED       NOT FILED          .00           .00
CERTEGY PAYMENT RECOVERY UNSECURED       NOT FILED          .00           .00
CHADWICKS                UNSECURED       NOT FILED          .00           .00
CHARITY ZIEGLER          UNSECURED       NOT FILED          .00           .00
CHARLES BRETZ AND ASSOCI UNSECURED       NOT FILED          .00           .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED          .00           .00
CINN                     UNSECURED       NOT FILED          .00           .00
```

```
CITIBANK                       UNSECURED       NOT FILED              .00          .00
CITIBANK                       UNSECURED       NOT FILED              .00          .00
CITIFINANCIAL                  UNSECURED       NOT FILED              .00          .00
CITIFINANCIAL                  UNSECURED       NOT FILED              .00          .00
COMED                          UNSECURED       NOT FILED              .00          .00
CREDITORS COLLECTION           UNSECURED       NOT FILED              .00          .00
DEBT CREDIT SERVICES           UNSECURED       NOT FILED              .00          .00
FIRST REVENUE ASSURANCE        UNSECURED       NOT FILED              .00          .00
GEMB                           UNSECURED       NOT FILED              .00          .00
ICS INC                        UNSECURED       NOT FILED              .00          .00
ILLINOIS COLLECTION SERV       UNSECURED       NOT FILED              .00          .00
ILLINOIS COLLECTION SERV       UNSECURED       NOT FILED              .00          .00
ILLINOIS DEPARTMENT OF L       UNSECURED       NOT FILED              .00          .00
JC PENNEY CO                   UNSECURED       NOT FILED              .00          .00
JOANNE LINDHOLM                UNSECURED       NOT FILED              .00          .00
GORDON ELECTRIC SUPPLY I       UNSECURED       NOT FILED              .00          .00
KOHLS                          UNSECURED       NOT FILED              .00          .00
LAW OFFICES OF ROY D KES       UNSECURED       NOT FILED              .00          .00
LEASE FINANCE GROUP            UNSECURED       NOT FILED              .00          .00
LOU HARRIS                     UNSECURED       NOT FILED              .00          .00
MBNA AMERICA BANK              UNSECURED       NOT FILED              .00          .00
MED BUSINESS BUREAU            UNSECURED       NOT FILED              .00          .00
MINIMALLY INVASIVE SPINE       UNSECURED       NOT FILED              .00          .00
ACCOUNTS RECOVERY BUREAU       UNSECURED       NOT FILED              .00          .00
NICOR GAS                      UNSECURED       NOT FILED              .00          .00
PELLETTIERI & ASSOC            UNSECURED       NOT FILED              .00          .00
PELLETTIERI & HENNINGS P       UNSECURED       NOT FILED              .00          .00
PENTAGROUP FINANCIAL           UNSECURED       NOT FILED              .00          .00
PEP BOYS                       UNSECURED       NOT FILED              .00          .00
QUEST DIAGNOSTICS              UNSECURED       NOT FILED              .00          .00
QUEST DIAGNOSTICS              UNSECURED       NOT FILED              .00          .00
RADIO SHACK                    UNSECURED       NOT FILED              .00          .00
RAMESH KANURU MD               UNSECURED       NOT FILED              .00          .00
--------------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                                    PAID          PAID
--------------------------------------------------------------------------------------
RAYMOND A FEELY                UNSECURED       NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC       UNSECURED       NOT FILED              .00          .00
SEARS BKRUPTCY RCVRY MGM       UNSECURED       NOT FILED              .00          .00
SHELL OIL                      UNSECURED       NOT FILED              .00          .00
SOLOMON & LEADLEY & ASSO       UNSECURED       NOT FILED              .00          .00
SOUTHWEST LABORATORY PHY       UNSECURED       NOT FILED              .00          .00
ST PAULS UNITED CHURCH         UNSECURED       NOT FILED              .00          .00
TELLER LEVIT & SILVERTRU       UNSECURED       NOT FILED              .00          .00
VICTORIAS SECRET               UNSECURED       NOT FILED              .00          .00
WFNNB/HARLEM FURNITURE         UNSECURED       NOT FILED              .00          .00
GMAC PAYMENT CENTER            ADMINISTRATIV         .00              .00          .00
       Summary of disbursements:
--------------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
--------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00           .00            .00
PRINCIPAL PAID          .00           .00          .00           .00            .00
INTEREST PAID           .00           .00          .00           .00            .00
TOTAL PAID              .00           .00          .00           .00            .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    3500.00
and was paid $     686.00   direct and $         .00  through the plan.

The Trustee received $         .00 .
```

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/17/08                         /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE